**KELLY / WARNER, PLLC**
8283 N. Hayden Road Suite 229
Scottsdale, Arizona 85258
Aaron M. Kelly, Esq. (AZ Bar #025043)
Email: aaron@kellywarnerlaw.com
Daniel R. Warner, Esq. (AZ Bar # 26503)
Email: dan@kellywarnerlaw.com
Tel: 480-331-9397
Fax: 1-866-961-4984
Attorneys for Plaintiffs

## UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| RAOUL MALAK; ANSAN TRAFFIC GROUP LTD., ANSAN INDUSTRIES, LTD. d/b/a ANSAN TRAFFIC CONTROL, LANETEC TRAFFIC CONTROL INC., WESTERN TRAFFIC LTD., d/b/a FLAGGIRLS TRAFFIC CONTROL, AND ISLAND TRAFFIC SERVICES, LTD., | Case No. |
| | **APPLICATION FOR JUDICIAL ASSISTANCE 28 U.S.C. § 1782 AND PURSUANT TO LETTERS ROGATORY** |
| Plaintiffs, | |
| v. | |
| REMON HANNA, PHILLIP KEITH JACKMA, VALLEY TRAFFIC SYSTEMS, INC., JOHN DOE, JANE ROE, RICHARD ROE, CHRIS SLOE, AND TREVOR PAINE, | |
| Defendants. | |

Plaintiffs, Raoul Malak ("MALAK"), Ansan Traffic Group Ltd., Ansan Industries, Ltd. d/b/a Ansan Traffic Control, Lanetec Traffic Control Inc., Western Traffic Ltd., d/b/a Flaggirls Traffic Control, and Island Traffic Services, Ltd ("ANSAN") asks this Court, pursuant to 28 U.S.C. §1782, for judicial assistance in obtaining evidence necessary for pending litigation in the Supreme Court of British Columbia, Canada, and asserts as follows:

1) Pending before the Supreme Court of British Columbia, Canada, is the case of RAOUL MALAK, ANSAN TRAFFIC GROUP LTD., ANSAN INDUSTRIES LTD., et al v. REMON HANNA, PHILIP KEITH JACKMAN, VALLEY TRAFFIC SYSTEMS, INC., JOHN DOE, JANE ROE, RICHARD ROE, CHRIS SLOE, AND TREVOR PAINE, Case No. S-133981 (the "British Columbia Proceeding").

2) The Plaintiffs in the British Columbia Proceeding and Applicant here are Raoul Malak, Ansan Traffic Group Ltd., Ansan Industries, Ltd. d/b/a Ansan Traffic Control, Lanetec Traffic Control Inc., Western Traffic Ltd., d/b/a Flaggirls Traffic Control, and Island Traffic Services, Ltd., c/o Roger D. McConchie, Suite 290 – 889 Harbourside Drive, North Vancouver, British Columbia.

3) Remon Hanna is a Defendant in the British Columbia Proceeding, c/o Daniel W. Burnett, OC, Owen Bird Law Corporation, 2900-595 Burrard Street, Vancouver, BC V7X1J5.

4) Philip Keith Jackman, Valley Traffic Systems Inc., and Trevor Paine are Defendants in the British Columbia Proceeding, c/o Timothy J. Delaney, Lindsay Kenney, LLP 1800-401 West Georgia Street, Vancouver, BC V6B 5A1.

5) Plaintiffs filed a previous action, CV2013-003568, in the Maricopa County Superior Court, to determine the identity of an anonymous poster that had made defamatory statements about Plaintiff.

6) Based on the evidence obtained, the Plaintiff obtained a list of domain names and IP addresses that are connected to the defamatory statemetns at issue in the British Columbia Proceeding.

/ / /

KELLY / WARNER, PLLC
8283 N. Hayden Road Suite 229
Scottsdale, Arizona 85258
Telephone: (480) 331-9397

KELLY / WARNER, PLLC
8283 N. Hayden Road Suite 229
Scottsdale, Arizona 85258
Telephone: (480) 331-9397

7)  Attached to this Application, and incorporated herein by reference, is a copy of the Letters Rogatory requesting assistance of this Court by the Supreme Court of British Columbia, and that Court's Order directing the examination of authorized representatives of Domains By Proxy, LLC, d/b/a DomainsByProxy.com ("DomainsByProxy.com") and GoDaddy.com, LLC ("GoDaddy").

8)  The undersigned intends to schedule examinations through subpoenas issued pursuant to Federal Rule of Civil Procedure 45 and in compliance with Orders entered in the British Columbia Proceeding, for attendance at depositions and the production of documents by DomainsByProxy.com and GoDaddy.

9)  The depositions are needed to authenticate the information that Plaintif has received, and provide furhter information that will be admissible in the British Columbia Proceeding. Accordingly, any information obtained as a result of the examinations will be used in the British Columbia Proceeding.

10)  The Court's assistance is needed with respect to such examination, both in issuing subpoenas and resolving any disputes that arise with respect to such examinations of DomainsbyProxy.com and GoDaddy.

11)  Notice is being given to each of the parties to this action by sending to their respective counsel, through the United States mail, a true and correct copy of this Application.

WHEREFORE, Plaintiffs respectfully request this Court to:

1.  Grant judicial assistance pursuant to 28 U.S.C. § 1782 for the examination of DomainsByProxy.com and GoDaddy, pursuant to the attached Letters Rogatory and Order of the Supreme Court of British Columbia.

3

KELLY / WARNER, PLLC
8283 N. Hayden Road Suite 229
Scottsdale, Arizona 85258
Telephone: (480) 331-9397

2. Direct the Clerk of the Court to issue any subpoenas necessary to direct the authorized representatives and Custodian of Records of Domains By Proxy, LLC d/b/a DomainsByProxy.com, 14747 N. Northsight Blvd., Ste. 111 PMB 309, Scottsdale, AZ 85260  to appear at the times and place designated by Plaintiffs and testify regarding the domain names and IP addresses and produce their files and records for the domain names and IP addresses;

3. Direct the Clerk of the Court to issue any subpoenas necessary to direct the authorized representatives and Custodian of Records of GoDaddy.com, LLC, 14455 N. Hayden Rd #129, Scottsdale, AZ 85260 to appear at the times and place designated by Plaintiffs and testify regarding the domain names and IP addresses and produce their files and records for the domain names and IP addresses;

4. As needed, to enter such other and further orders necessary to resolve any disputes regarding the examinations and enter such other and further orders as this Court deems necessary.

Dated this 10th day of December, 2014

KELLY / WARNER, PLLC

By:  _____
Aaron M. Kelly, Esq.
Daniel R. Warner, Esq.
8283 N. Hayden Rd. Suite 229
Scottsdale, Arizona 85258
Attorneys for Plaintiffs

CERTIFICATE OF SERVICE

I, Anne E. Griffith, declare and state:

That on this 10th day of December, 2014, I caused the foregoing Application for Judicial Assistance Under 28 U.S.C. 1782 and Pursuant to Letters Rogatory with attachments to be served on:

Roger D. McConchie
Suite 290 - 889 Harbourside Drive
North Vancouver, British Columbia

Domains By Proxy, LLC d/b/a
DomainsByProxy.com
14747 N. Northsight Blvd., Ste. 111
PMB 309
Scottsdale, AZ 85260

Daniel W. Burnett, OC,
Owen Bird Law Corporation,
2900-595 Burrard Street
Vancouver, BC V7X1J5
Attorney for Defendant Remon Hanna

GoDaddy,com, LLC
14455 N. Hayden Rd #129
Scottsdale, AZ 85260

Timothy J. Delaney
Lindsay Kenney, LLP
1800-401 West Georgia Street
Vancouver, BC V6B 5A1
Attorneys for Defendants Philip Keith
Jackman, Valley Traffic Systems Inc., and
Trevor Paine

By depositing a true and accurate copy of said Application in the United States mail, first class postage prepaid, and properly addressed.

I declare under penalty of perjury the foregoing is true and correct.

Executed this 10th day of December, 2014

Anne E. Griffith

KELLY / WARNER, PLLC
8283 N. Hayden Road Suite 229
Scottsdale, Arizona 85258
Telephone: (480) 331-9397



Form 29

(Rule 7-8 (10) )

No. S-133981

Vancouver Registry

IN THE SUPREME COURT OF BRITISH COLUMBIA

BETWEEN:

**RAOUL MALAK, ANSAN TRAFFIC GROUP LTD.,
ANSAN INDUSTRIES LTD. d.b.a. ANSAN TRAFFIC
CONTROL, LANETEC TRAFFIC CONTROL INC.,
WESTERN TRAFFIC LTD. d.b.a. FLAGGIRLS TRAFFIC
CONTROL, AND ISLAND TRAFFIC SERVICES LTD.**

PLAINTIFFS

AND:

**REMON HANNA, PHILIP KEITH JACKMAN, VALLEY
TRAFFIC SYSTEMS INC., JOHN DOE, JANE ROE,
RICHARD ROE, CHRIS SLOE, and TREVOR PAINE**

DEFENDANTS

**ORDER FOR ISSUE OF A LETTER OF REQUEST TO
JUDICIAL AUTHORITY OF ANOTHER JURISDICTION**

| | | |
|---|---|---|
| BEFORE THE HONOURABLE | ) | MONDAY, THE 24th DAY |
| CHIEF JUSTICE HINKSON | ) | OF NOVEMBER, 2014 |

ON THE APPLICATION of the Plaintiffs, coming on before me at the Vancouver Courthouse, 800 Smithe Street, Vancouver, British Columbia on 24/November/2014, and on hearing Derek A. Brindle, QC, and Claire Immega, agents for counsel for the Plaintiffs,

THIS COURT ORDERS that:

1.  that the Plaintiffs may conduct pre-trial examinations under oath of representatives knowledgeable regarding the matters set out in the attached letter of request of the following foreign corporations:

    (a)  Domains by Proxy, LLC, d.b.a. DomainsByProxy.com; and

    (b)  GoDaddy.com, LLC.

2.  that the pre-trial examinations may be conducted by oral deposition;

3.  alternatively, if the procedural and substantive law of the United States District Court for the District of Arizona does not allow for the pre-trial examination of witnesses by

- 2 -

oral deposition, that the pre-trial examinations of the witnesses be conducted by written interrogatories in the forms attached to the letter of request attached to this Order as Schedules "A" and "B," plus any further interrogatories delivered by the Defendants relating to the same subjects;

4.   and that the records of such examinations shall be available to be tendered as evidence at the trial of this matter;

5.   the attached letter of request be issued;

6.   the registrar, on receipt of the record of the examination taken under the letters of request, must deliver them to the applicant and provide copies to any party on request;

7.   Domains by Proxy, LLC, d.b.a. DomainsByProxy.com and GoDaddy.com, LLC have leave to apply to this Court to set aside this order on two days clear notice to the parties;

8.   that this order be entered by the registrar on an expedited basis; and

9.   costs be costs in the cause.

Date:   24/November/2014

By the Court.

Registrar

Derek A. Brindle, Q.C., agent for counsel for the Plaintiffs

Certified a true copy according to the records of the Supreme Court at Vancouver, B.C. This 24 day of November 20 14

Authorized Signing Officer   Tom Hockley

**Form 30**

**(Rule 7-8 (10) )**

No. S-133981

Vancouver Registry

### IN THE SUPREME COURT OF BRITISH COLUMBIA

BETWEEN:

**RAOUL MALAK, ANSAN TRAFFIC GROUP LTD.,
ANSAN INDUSTRIES LTD. d.b.a. ANSAN TRAFFIC
CONTROL, LANETEC TRAFFIC CONTROL INC.,
WESTERN TRAFFIC LTD. d.b.a. FLAGGIRLS TRAFFIC
CONTROL, AND ISLAND TRAFFIC SERVICES LTD.**

PLAINTIFFS

AND:

**REMON HANNA, PHILIP KEITH JACKMAN, VALLEY
TRAFFIC SYSTEMS INC., JOHN DOE, JANE ROE,
RICHARD ROE, CHRIS SLOE, and TREVOR PAINE**

DEFENDANTS

### LETTER OF REQUEST FOR EXAMINATION
### OF WITNESS OUT OF JURISDICTION

*[Rule 22-3 of the Supreme Court Civil Rules applies to all forms.]*

To the judicial authority of the United States District Court for the District of Arizona:

Whereas this proceeding is now pending in the Supreme Court of British Columbia in which the plaintiffs claim damages for defamation, injurious falsehood, and an injunction against the defendants:

And whereas it appears to me that it is necessary for the purposes of justice and for the due determination of the matters in question between the parties that the following persons should be examined on oath or affirmation relating to those matters, namely an authorized representative or representatives of Domains by Proxy, LLC (d.b.a. DomainsByProxy.com) and GoDaddy.com, LLC who are most knowledgeable to testify regarding:

> www.ansangroup.com;
> http://ansangroup.info;
> www.ansangroup.biz;
> www.ansantraffic.biz;
> www.ansantraffic.co;

www.ansantraffic.info;
www.ansantraffic.mobi;
www.ansantraffic.net;
www.ansantraffic.org;
www.ansantraffic.ws;
www.moneylaunderer.mobi;
www.moneylaunderer.net;
www.moneylaunderer.us;
www.moneylaunderer.ws;
www.raoulmalak.biz;
www.raoulmalak.co;
www.raoulmalak.com;
www.raoulmalak.info;
www.raoulmalak.net;
www.raoulmalak.org;
www.raoulmalak.us;
www.scumbag.us;
http://thebrownpimp.host56.com; and
http://ansangroup.com

and the shopper ID information, purchase information, customer information, contact information, domain information, IP addresses and numbers, and customer service data associated therewith, as set out in the interrogatories attached to this letter at Schedule A and Schedule B;

and such other persons as the lawyers or agents of the parties mutually request you in writing to be examined and it appears that persons are residents within your jurisdiction:

Now I, Justice Hinkson, Chief Justice of the Supreme Court of British Columbia, hereby request that, for the assistance of the court, you will be pleased to summon the lawyers or agents of the parties and the witnesses to be examined, to attend at such time and place as you appoint, either before you or such other person as according to your procedure is competent to take the deposition examination of witnesses, and that you will cause the witnesses to be examined orally or by interrogatories relating to the matters in question, in the presence of the lawyers or agents of the parties or such of them as, on due notice given, attend the examination:

And I further request that you permit the lawyer or agent of any party present to examine any witness called by the lawyer or agent and the lawyer or agent of any opposing party to cross-examine the witness and the lawyer or agent of the party calling the witness to re-examine the witness:

And I further request that you will be pleased to cause the evidence of each witness to be recorded verbatim, and any document produced on the examination to be marked for

- 3 -

identification, and that you will be further pleased to authenticate the depositions taken on the examination and any document, or certified copy of the same or any extract therefrom by the seal of your tribunal or in such other way as is in accordance with your procedure, and to return the same, together with any interrogatories and a note of the charges and expenses payable in respect of the execution of this request to the Under Secretary of State for External Affairs of Canada at Ottawa, Canada, for transmission to the Registrar of the Supreme Court of British Columbia at the courthouse at 800 Smithe Street, Vancouver, BC, V6Z 2E1 .

Dated:   November 24, 2014

_____

Chief Justice of the Supreme Court of British Columbia

# Schedule A

Form 24 (Rule 7-3 (1))

No. VLC-S-S-133981
Vancouver Registry

## IN THE SUPREME COURT OF BRITISH COLUMBIA

BETWEEN:

RAOUL MALAK, ANSAN TRAFFIC GROUP LTD., ANSAN
INDUSTRIES LTD. d.b.a. ANSAN TRAFFIC CONTROL,
LANETEC TRAFFIC CONTROL INC., WESTERN TRAFFIC
LTD. d.b.a. FLAGGIRLS TRAFFIC CONTROL, AND ISLAND
TRAFFIC SERVICES LTD.

PLAINTIFFS

AND:

REMON HANNA, PHILIP KEITH JACKMAN, VALLEY
TRAFFIC SYSTEMS INC., JOHN DOE, JANE ROE,
RICHARD ROE, CHRIS SLOE, AND TREVOR PAINE

DEFENDANTS

## INTERROGATORIES

Interrogatories on behalf of the Plaintiffs Raoul Malak, Ansan Traffic Group Ltd., Ansan
Industries Ltd. d.b.a. Ansan Traffic Control, Lanetec Traffic Control Inc., Western Traffic Ltd.
d.b.a. Flaggirls Traffic Control, and Island Traffic Services Ltd. for the examination of a
representative of Domains By Proxy, LLC d.b.a. DomainsByProxy.com.

1.  State your full legal name.

2.  Please confirm that you are authorized to respond to these questions and to provide
    answers on behalf of Domains By Proxy, LLC d.b.a. DomainsByProxy.com.

3.  State your current position with respect to Domains By Proxy, LLC d.b.a.
    DomainsByProxy.com, including:

    (a)  Your title.

    (b)  Your duties and responsibilities, and in this regard produce any written
         description of your employment which is in the possession and control of
         Domains By Proxy, LLC d.b.a. DomainsByProxy.com.

4.  State whether, on June 12, 2012, Domains by Proxy, LLC ("Domains By Proxy")
    assigned Shopper ID 53609194 to a Domains By Proxy customer.

5.  State whether, on July 13, 2012, Domains by Proxy assigned Shopper ID 54296440 to a
    Domains by Proxy customer.

Form 24 (Rule 7-3 (1))

6.     State whether, on June 12, 2012, the person assigned Shopper ID 53609194 provided Domains By Proxy with the email address uncoverthecrook@gmail.com as contact information.

7.     State whether, on June 12, 2012, the person assigned Shopper ID 53609194 provided Domains By Proxy with Vancouver, British Columbia, as registrant contact and billing contact information.

8.     State whether, on June 12, 2012, the person assigned Shopper ID 53609194 accessed their Domains By Proxy client account from IP address 64.46.9.182.

9.     State whether, on July 12, 2012, the person Domains By Proxy assigned Shopper ID 53609194 accessed their Domains By Proxy client account from IP address 96.49.134.77.

10.    State whether, on July 13, 2012, the person Domains By Proxy assigned Shopper ID 54296440 provided Domains By Proxy with the email address uncoverthecrook@gmail.com as contact information.

11.    State whether, on July 13, 2012, the person Domains By Proxy assigned Shopper ID 54296440 provided Domains By Proxy with "Vancouver" in relation to the Shopper ID 54296440 account.

Date:   10/Nov/2014

Signature of ☐ party serving interrogatories
☒ lawyer for parties serving interrogatories

Roger D. McConchie
McConchie Law Corporation
Solicitor for the Plaintiffs

# Schedule B

Form 24 (Rule 7-3 (1))

No. VLC-S-S-133981
Vancouver Registry

## IN THE SUPREME COURT OF BRITISH COLUMBIA

BETWEEN:

RAOUL MALAK, ANSAN TRAFFIC GROUP LTD., ANSAN
INDUSTRIES LTD. d.b.a. ANSAN TRAFFIC CONTROL,
LANETEC TRAFFIC CONTROL INC., WESTERN TRAFFIC
LTD. d.b.a. FLAGGIRLS TRAFFIC CONTROL, AND ISLAND
TRAFFIC SERVICES LTD.

PLAINTIFFS

AND:

REMON HANNA, PHILIP KEITH JACKMAN, VALLEY
TRAFFIC SYSTEMS INC., JOHN DOE, JANE ROE,
RICHARD ROE, CHRIS SLOE, AND TREVOR PAINE

DEFENDANTS

## INTERROGATORIES

Interrogatories on behalf of the Plaintiffs Raoul Malak, Ansan Traffic Group Ltd., Ansan
Industries Ltd. d.b.a. Ansan Traffic Control, Lanetec Traffic Control Inc., Western Traffic Ltd.
d.b.a. Flaggirls Traffic Control, and Island Traffic Services Ltd. for the examination of a
representative of GoDaddy.com, LLC:

1.  State your full legal name.

2.  Please confirm that you are authorized to respond to these questions and to provide
    answers on behalf of GoDaddy.com, LLC.

3.  State your current position with respect to GoDaddy.com, LLC, including:

    (a)  Your title.

    (b)  Your duties and responsibilities, and in this regard produce any written
         description of your employment which is in the possession and control of
         GoDaddy.com, LLC.

4.  State whether, on June 12, 2012, GoDaddy assigned Shopper ID 60499249 to a GoDaddy
    customer.

5.  State whether, on June 12, 2012, GoDaddy assigned Shopper ID 53608633 to a GoDaddy
    customer.

1

Form 24 (Rule 7-3 (1))

6.    State whether, from and including June 12, 2012 to and including June 15, 2012, the following Internet domain names were purchased and registered through GoDaddy by individual or individuals assigned by GoDaddy Shopper IDs 60499249 and/or 53608633:

     i.   www.ansangroup.com;
    ii.   http://ansangroup.info;
   iii.   www.ansangroup.biz;
   iv.   www.ansantraffic.biz;
    v.   www.ansantraffic.co;
   vi.   www.ansantraffic.info;
  vii.   www.ansantraffic.mobi;
 viii.   www.ansantraffic.net;
   ix.   www.ansantraffic.org;
    x.   www.ansantraffic.ws;
   xi.   www.moneylaunderer.mobi;
  xii.   www.moneylaunderer.net;
 xiii.   www.moneylaunderer.us;
 xiv.   www.moneylaunderer.ws;
  xv.   www.raoulmalak.biz;
 xvi.   www.raoulmalak.co;
xvii.   www.raoulmalak.com;
xviii.   www.raoulmalak.info;
 xix.   www.raoulmalak.net;
  xx.   www.raoulmalak.org;
 xxi.   www.raoulmalak.us;
 xxii.   www.scumbag.us;
xxiii.   http://thebrownpimp.host56.com; and
xxiv.   http://ansangroup.com

(hereinafter collectively the "Websites").

7.    State whether, on June 12, 2012 an article entitled *"Ansan Group and Raoul Malak Uncovered"* (the "Article") was uploaded onto the Websites.

8.    State whether, on June 12, 2012, the person GoDaddy assigned Shopper ID 60499249 registered the domain name www.raoulmalak.com by connecting to www.godaddy.com from IP address 184.168.221.84.

9.    State whether, on June 12, 2012, the person GoDaddy assigned Shopper ID 60499249 registered the domain name www.ansantraffic.net by connecting to www.godaddy.com from IP address 184.168.221.28.

10.   State whether, on June 13, 2012, the person GoDaddy assigned Shopper ID 60499249 registered the domain name www.ansantraffic.biz by connecting to www.godaddy.com from IP address 184.168.221.20.

Form 24 (Rule 7-3 (1))

11. State whether, on June 13, 2012, the person GoDaddy assigned Shopper ID 60499249 registered the domain name www.raoulmalak.co by connecting to www.godaddy.com from IP address 50.63.202.2.84.

12. State whether, on June 13, 2012, the person GoDaddy assigned person Shopper ID 60499249 registered the domain name www.ansantraffic.org by connecting to www.godaddy.com from IP address 184.168.221.2.

13. State whether, on June 13, 2012, the person GoDaddy assigned Shopper ID 60499249 registered the domain name www.ansantraffic.mobi by connecting to www.godaddy.com from IP address 184.168.221.25.

14. State whether, on June 13, 2012, the person GoDaddy assigned Shopper ID 60499249 registered the domain name www.ansantraffic.info.

15. State whether, on June 13, 2012, the person GoDaddy assigned Shopper ID 60499249 registered the domain name www.ansantraffic.ws by connecting to www.godaddy.com from IP address 50.63.202.10.

16. State whether, on June 13, 2012, the person GoDaddy assigned Shopper ID 60499249 registered the domain name www.raoulmalak.info by connecting to www.godaddy.com from IP address 50.63.202.31.

17. State whether, on June 13, 2012, the person GoDaddy assigned Shopper ID 60499249 registered the domain name www.raoulmalak.org by connecting to www.godaddy.com from IP address 50.63.202.18.

18. State whether, on June 13, 2012, the person GoDaddy assigned Shopper ID 60499249 registered the domain name www.ansantraffic.co by connecting to www.godaddy.com from IP address 184.168.221.11.

19. State whether, on June 15, 2012, the person GoDaddy assigned Shopper ID 60499249 registered the domain name www.ansangroup.com by connecting to www.godaddy.com from IP address 184.168.221.19.

20. State whether, on June 12, 2012, the person GoDaddy assigned Shopper ID 53608633 registered the domain name www.raoulmalak.net by connecting to www.godaddy.com from IP address 184.168.221.38.

21. State whether, on June 13, 2012, the person GoDaddy assigned Shopper ID 53608633 registered the domain name www.scumbag.us by connecting to www.godaddy.com from IP address 50.63.202.38.

22. State whether, on June 13, 2012, the person GoDaddy assigned Shopper ID 53608633 registered the domain name www.moneylaunderer.mobi by connecting to www.godaddy.com from IP address 184.168.221.53.

Form 24 (Rule 7-3 (1))

23.  State whether, on June 13, 2012, the person GoDaddy assigned Shopper ID 53608633 obtained ownership of the domain name www.raoulmalak.co.

24.  State whether, on June 13, 2012, the person GoDaddy assigned Shopper ID 53608633 registered the domain name www.raoulmalak.ws by connecting to www.godaddy.com from IP address 184.168.221.22.

25.  State whether, on June 13, 2012, the person GoDaddy assigned Shopper ID 53608633 registered the domain name www.raoulmalak.mobi by connecting to www.godaddy.com from IP address 50.63.202.48.

26.  State whether, on June 13, 2012, the person GoDaddy assigned Shopper ID 53608633 obtained ownership of the domain name www.raoulmalak.info.

27.  State whether, on June 12, 2012, the person GoDaddy assigned Shopper ID 53608633 obtained ownership of the domain name www.raoulmalak.com.

28.  State whether, on June 13, 2012, the person GoDaddy assigned Shopper ID 53608633 obtained ownership of the domain name www.ansantraffic.info.

29.  State whether, on June 13, 2012, the person GoDaddy assigned Shopper ID 53608633 obtained ownership of the domain name ansantraffic.co.

30.  State whether, on June 13, 2012, the person GoDaddy assigned Shopper ID 53608633 obtained ownership of the domain name www.ansantraffic.org.

31.  State whether, on June 12, 2012, the person GoDaddy assigned Shopper ID 53608633 obtained ownership of the domain name www.ansantraffic.net.

32.  State whether, on June 13, 2012, the person GoDaddy assigned Shopper ID 53608633 registered the domain name www.moneylaunderer.us by connecting to www.godaddy.com from IP address 50.63.202.34.

33.  State whether, on June 13, 2012, the person GoDaddy assigned Shopper ID 53608633 registered the domain name www.raoulmalak.biz by connecting to www.godaddy.com from IP address 184.168.221.47.

34.  State whether, on June 13, 2012, the person GoDaddy assigned Shopper ID 53608633 obtained ownership of the domain name raoulmalak.org.

35.  State whether, on June 13, 2012, the person GoDaddy assigned Shopper ID 53608633 obtained ownership of the domain name www.ansantraffic.ws.

36.  State whether, on June 13, 2012, the person GoDaddy assigned Shopper ID 53608633 registered the domain name www.raoulmalak.ca by connecting to www.godaddy.com from IP address 184.168.221.50.

4

Form 24 (Rule 7-3 (1))

37. State whether, on June 13, 2012, the person GoDaddy assigned Shopper ID 53608633 registered the domain name www.ansantraffic.us by connecting to www.godaddy.com from IP address 50.63.202.93.

38. State whether, on June 13, 2012, the person GoDaddy assigned Shopper ID 53608633 registered the domain name www.moneylaunderer.ws by connecting to www.godaddy.com from IP address 50.63.202.18.

39. State whether, on June 13, 2012, the person GoDaddy assigned Shopper ID 53608633 registered the domain name www.raoulmalak.us by connecting to www.godaddy.com from IP address 50.63.202.85.

40. State whether, on June 13, 2012, the person GoDaddy assigned Shopper ID 53608633 obtained ownership of the domain name www.ansantraffic.mobi.

41. State whether, on June 13, 2012, the person GoDaddy assigned Shopper ID 53608633 obtained ownership of the domain name www.ansantraffic.biz.

42. State whether, on June 12, 2012, the person GoDaddy assigned Shopper ID 53608633 registered the domain name www.moneylaunderer.net by connecting to www.godaddy.com from IP address 50.63.202.29.

43. State whether, on June 15, 2012, the person GoDaddy assigned Shopper ID 53608633 obtained ownership of the domain name www.ansangroup.com.

44. State whether, on June 16, 2012, the person GoDaddy assigned Shopper ID 53608633 registered the domain name ansangroup.info by connecting to www.godaddy.com from IP address 184.168.221.24.

45. State whether, on June 12, 2012, the person GoDaddy assigned Shopper ID 53608633 accessed their GoDaddy client account by connecting to www.godaddy.com from IP address 24.84.117.236 and from IP address 64.46.9.182.

46. State whether, on June 12, 2012, the person GoDaddy assigned Shopper ID 53608633 provided GoDaddy representative Richard Olsen, with the name "Ray" and the phone number 604 789 9585.

47. State with respect to the information in the preceding paragraph, how GoDaddy obtained the word "Ray" and the number "604 789 9585" and how this information was recorded in GoDaddy's records.

48. State with respect to the document attached to these Interrogatories as Schedule "A":

    a. whether that document is the original or a true copy of an original record in the custody of GoDaddy;

    b. was made or kept in the usual and ordinary course of business; and

5

Form 24 (Rule 7-3 (1))

c.  it was in the usual and ordinary course of the business to record in that document a statement of the fact at the time it occurred or within a reasonable time after that.

49.  State whether, on June 12, 2012, the person GoDaddy assigned Shopper ID 53608633 provided GoDaddy with the email address uncoverthecrook@gmail.com as contact information.

50.  State whether, on June 12, 2012, the person GoDaddy assigned Shopper ID 53608633 made a payment to GoDaddy of $177.20 in Canadian currency to GoDaddy with American Express gift credit card number 372301003813633, expiry 8/2019.

51.  State whether the payment transaction described in the preceding paragraph was executed by the person GoDaddy assigned Shopper ID 53608633 by connecting to www.godaddy.com from IP address 172.16.161.158.

52.  State whether, on June 12, 2012, the person GoDaddy assigned Shopper ID 60499249 accessed their GoDaddy client account by connecting to www.godaddy.com from IP address 184.168.221.84.

53.  State whether, on June 13, 2012, the person GoDaddy assigned Shopper ID 60499249 accessed their GoDaddy client account by connecting to www.godaddy.com from IP address 64.46.9.182.

54.  State whether, on June 15, 2012, the person GoDaddy assigned Shopper ID 53608633 accessed their GoDaddy client account by connecting to www.godaddy.com from IP address 24.84.135.132. .

55.  State whether, on June 16, 2012, the person GoDaddy assigned Shopper ID 53608633 accessed their GoDaddy client account by connecting to www.godaddy.com from IP address 64.46.9.182.

56.  State whether, on June 17, 2012, the person GoDaddy assigned Shopper ID 53608633 accessed their GoDaddy client account by connecting to www.godaddy.com from IP address 24.84.135.132.

57.  State whether, on June 18, 2012, the person GoDaddy assigned Shopper ID 53608633 accessed their GoDaddy client account by connecting to www.godaddy.com from IP address 74.115.199.34.

58.  State whether, on June 19, 2012, the person GoDaddy assigned Shopper ID 53608633 accessed their GoDaddy client account by connecting to www.godaddy.com from IP address 199.7.158.34.

59.  State whether, on June 22, 2012, the person GoDaddy assigned Shopper ID 53608633 accessed their GoDaddy client account by connecting to www.godaddy.com from IP address 96.49.113.117.

Form 24 (Rule 7-3 (1))

60.    State whether, on June 23, 2012, the person GoDaddy assigned Shopper ID 53608633 accessed their GoDaddy client account by connecting to www.godaddy.com from IP address 74.115.199.34.

61.    State whether, on June 24, 2012, the person GoDaddy assigned Shopper ID 53608633 accessed their GoDaddy client account by connecting to www.godaddy.com from IP address 96.49.113.117.

62.    State whether, on July 12, 2012, the person GoDaddy assigned Shopper ID 53608633 accessed their GoDaddy client account by connecting to www.godaddy.com from IP address 96.49.143.77.

63.    State whether, on July 12, 2012, the person GoDaddy assigned Shopper ID 53608633 accessed their GoDaddy client account by connecting to www.godaddy.com from IP address 64.46.9.182.

64.    State whether, on July 13, 2012, the person GoDaddy assigned Shopper ID 53608633 accessed their GoDaddy client account by connecting to www.godaddy.com from IP address 64.46.9.182.

65.    State whether, on July 31, 2012, the person GoDaddy assigned Shopper ID 53608633 accessed their GoDaddy client account by connecting to www.godaddy.com from IP address 216.123.55.165.

66.    State whether, on August 1, 2012, the person GoDaddy assigned Shopper ID 53608633 accessed their GoDaddy client account by connecting to www.godaddy.com from IP address 216.123.55.165.

67.    State whether, on August 2, 2012, the person GoDaddy assigned Shopper ID 53608633 accessed their GoDaddy client account by connecting to www.godaddy.com from IP address 216.123.55.165.

68.    State whether, on August 6, 2012, the person GoDaddy assigned Shopper ID 53608633 accessed their GoDaddy client account by connecting to www.godaddy.com from IP address 216.123.55.167.

69.    State whether, on August 13, 2012, the person GoDaddy assigned Shopper ID 53608633 accessed their GoDaddy client account by connecting to www.godaddy.com from IP address 96.49.156.48.

70.    State whether, on June 15, 2012, the person GoDaddy assigned Shopper ID 53608633 made a payment to GoDaddy of $22.33 in Canadian currency to GoDaddy with American Express gift credit card number 372301003813633, expiry 8/2019.

71.    State whether the payment transaction described in the preceding paragraph was executed by the person GoDaddy assigned Shopper ID 53608633 by connecting to www.godaddy.com from IP address 24.82.135.132.

Form 24 (Rule 7-3 (1))

Date:   10/Nov/2014

Signature of ☐ party serving interrogatories
☒ lawyer for parties serving interrogatories

Roger D. McConchie
McConchie Law Corporation
Solicitor for the Plaintiffs

## Schedule "A"
### Notes Info for Shopper ID 53608633
### 6/12/2012 to 3/13/2013

| Entered Date / By | Note |
|---|---|
| 6/13/2012 4:29:40 PM / Harms, Jason / Client IP: GoDaddy Internal | Jason Harms accessed account with reason "General/Research". Validation was skipped. |
| 6/13/2012 4:29:39 PM / Harms, Jason / Client IP: GoDaddy Internal | SUP Access - PIP Follow Up Review |
| 6/13/2012 1:52:50 PM / Kevon A Lindenberg / Client IP: GoDaddy Internal | Fraud: Sent customer verification email. If customer calls in, please instruct to log into account and follow verification instructions detailed on our website. |
| 6/13/2012 10:44:13 AM / Customer / Client IP: 64.46.9.182 | DCC domain contact update requested ANSANTRAFFIC.US (ID=125513347) |
| 6/13/2012 10:42:26 AM / Customer / Client IP: 64.46.9.182 . | Domains:0 - Entered Account |
| 6/13/2012 6:20:36 AM / RegBulkEmailSvc / Client IP: GoDaddy Internal | RegBulkEmailSvc: Sent RegistrationConfirmationAlt email for RAOULMALAK.CA to: shopper. |
| 6/13/2012 6:13:56 AM / RegHerculesSvc / Client IP: GoDaddy Internal | Setting AutoRenew = 1: RAOULMALAK.CA OrderID: 434999977 RowID: 6 Namespace:domain ResourceID: 125513346 |
| 6/13/2012 6:13:45 AM / RegCAEppSvc / Client IP: GoDaddy Internal | domain name RAOULMALAK.CA activated by RegCAEppSvc on 06/13/12 06:13:45 |
| 6/12/2012 11:09:46 PM / Customer / Client IP: 64.46.9.182 | WebSite Tonight® / InstantPage®:180196491 (649efe84-b51d-11e1-b019-00219ba60aac) - Entered Account |
| 6/12/2012 11:04:41 PM / Customer / Client IP: 64.46.9.182 | Website Tonight® / InstantPage®:0 - Entered Account |
| 6/12/2012 10:51:18 PM / Customer / Client IP: 64.46.9.182 | DCC domain contact update requested MONEYLAUNDERER.US (ID=125513342) |
| 6/12/2012 10:48:35 PM / Customer / Client IP: 64.46.9.182 | Domains:0 - Entered Account |
| 6/12/2012 9:56:37 PM / Olsen, Richard / Client IP: GoDaddy Internal | Ray<br>604 789 9585<br>Domains &amp; Privacy<br>offer hosting |
| 6/12/2012 9:56:32 PM / Customer / Client IP: 24.84.117.236 | Domains:0 - Entered Account |
| 6/12/2012 9:56:00 PM / Richard E Olsen / Client IP: GoDaddy Internal | A customer survey was automatically sent for Richard E Olsen |
| 6/12/2012 9:54:16 PM / Richard E Olsen / Client IP: GoDaddy Internal | Domains:0 - Entered Account |
| 6/12/2012 9:53:52 PM / Customer / Client IP: 24.84.117.236 | Domains:0 - Entered Account |
| 6/12/2012 9:53:13 PM / RegHerculesSvc / Client IP: GoDaddy Internal | Setting AutoRenew = 1: RAOULMALAK.NET OrderID: 434999977 RowID: 9 Namespace:domain ResourceID: 125513332 |
| 6/12/2012 9:53:13 PM / RegHerculesSvc / Client IP: GoDaddy Internal | Setting AutoRenew = 1: ANSANTRAFFIC.NET OrderID: 434999977 RowID: 18 Namespace:domain ResourceID: 125513341 |
| 6/12/2012 9:53:13 PM / RegHerculesSvc / Client IP: GoDaddy Internal | Setting AutoRenew = 1: ANSANTRAFFIC.ORG OrderID: 434999977 RowID: 17 Namespace:domain ResourceID: 125513340 |
| 6/12/2012 9:53:13 PM / RegHerculesSvc / Client IP: GoDaddy Internal | Setting AutoRenew = 1: ANSANTRAFFIC.CO OrderID: 434999977 RowID: 20 Namespace:domain ResourceID: 125513339 |
| 6/12/2012 9:53:13 PM / RegHerculesSvc / Client IP: GoDaddy Internal | Setting AutoRenew = 1: MONEYLAUNDERER.WS OrderID: 434999977 RowID: 22 Namespace:domain ResourceID: 125513348 |
| 6/12/2012 9:53:12 PM / RegHerculesSvc / Client IP: GoDaddy Internal | Setting AutoRenew = 1: ANSANTRAFFIC.BIZ OrderID: 434999977 RowID: 15 Namespace:domain ResourceID: 125513351 |

No. VLC S-S-133981

Vancouver Registry

## IN THE SUPREME COURT OF BRITISH COLUMBIA

BETWEEN:

**RAOUL MALAK, ANSAN TRAFFIC GROUP LTD., ANSAN
INDUSTRIES LTD. d.b.a. ANSAN TRAFFIC CONTROL,
LANETEC TRAFFIC CONTROL INC., WESTERN TRAFFIC
LTD. d.b.a. FLAGGIRLS TRAFFIC CONTROL, AND
ISLAND TRAFFIC SERVICES LTD.**

PLAINTIFFS

AND:

**REMON HANNA, PHILIP KEITH JACKMAN, VALLEY
TRAFFIC SYSTEMS INC., JOHN DOE, JANE ROE,
RICHARD ROE, AND CHRIS SLOE**

DEFENDANTS

### COUNSEL FOR THE PARTIES

**Counsel for the Plaintiffs (Canada)**

Suite 290 - 889 Harbourside Drive
North Vancouver,  British Columbia
**Attn: Roger D. McConchie**
Tel: 604-988-1623

**Counsel for the Plaintiffs (United States of America, Arizona)**

Kelly / Warner
8283 N. Hayden Rd.  Ste. 229
Scottsdale, AZ 85258
**Attn: Aaron Kelly**
Tel: 480-588-0449

**Counsel for the Defendants Philip Keith Jackman, Valley Traffic Systems Inc., and
Trevor Paine**

Lindsay Kenney LLP
1800 – 401 West Georgia Street
Vancouver, BC  V6B 5A1
**Attn: Timothy J. Delaney**
Tel: 604-687-1323

**Counsel for the Defendant Remon Hanna**

Owen Bird Law Corporation
2900-595 Burrard Street
Vancouver, BC  V7X 1J5
**Attn:  Daniel W. Burnett, QC**
Tel: 604-688-0401